# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

Clifford W. Taylor,
Chief Justice

136818

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BRONSON METHODIST HOSPITAL,
      Plaintiff-Appellee,

v

                                SC: 136818
                                COA: 274938
STEVEN B. KURTZ, d/b/a MIDWEST      Kalamazoo CC: 03-000054-CZ
COMMUNICATIONS,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the May 27, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

_____
Clerk

11020